**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER SIERRA, | No. 1:22-cv-01226-JLT-SAB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR LACK OF JURISDICTION |
| v. | |
| INTERNAL REVENUE SERVICE, | (Doc. 7) |
| Defendant. | |

The magistrate judge issued findings and recommendations finding that the plaintiff, Peter Sierra[1], had not addressed the deficiencies identified in the initial screening order and recommended dismissal for lack of jurisdiction. (Doc. 7.) The Court served the findings and recommendations on Plaintiff. It advised him that any objections thereto had to be filed within 14 days after service. (Doc. 7 at 7.) Plaintiff has not filed objections, and the time to do so has passed.

According to 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court adopts the findings and recommendations. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on December 23, 2022 (Doc. 7) are **ADOPTED IN FULL**.

---

[1] The plaintiff is a state prisoner. He is proceeding *pro se* and *in forma pauperis*.

1

2. This action is **DISMISSED** for lack of jurisdiction.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**February 10, 2023**__                                  /s/ Jennifer L. Thurston
                                                                          UNITED STATES DISTRICT JUDGE